**Order entered August 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00668-CV

### CAREGIVER 1, INC., ET AL., Appellants

### V.

### JAMES HEFNER, AS NEXT FRIEND OF BRIAN RANDOLPH HEFNER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07724**

## ORDER

Before the Court is appellee's August 19, 2019 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **August 29, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE